United States Bankruptcy Court

District of Massachusetts

In re:
William Donald Parnell
Debtor

Case No. 26-11957-cjp
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1 User: admin Page 1 of 1
Date Rcvd: Oct 05, 2026 Form ID: odefntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Donald Parnell, 500 Falls Blvd., Unit A-1102, Quincy, MA 02169-8178 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph G. Butler | JGBBarron@yahoo.com MA41@ecfcbis.com;jgb1@trustesolutions.net |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | William Donald Parnell ,<br>Debtor | Chapter: 7<br>Case No: 26−11957<br>Judge Christopher J. Panos |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Motion to Amend Schedule C** on **OCTOBER 5, 2026** with the Court was deficient and/or defective as noted below:

☑ Certificate of Service **is Insufficient. Must serve all parties.**

☐ Verification of Matrix. (This local form may be downloaded at www.mab.uscourts.gov.)

☑ Verified Statement or an Unsworn Declaration regarding schedules as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746. Please file either **Official Form 106Dec** for individuals or **Official Form 202** for non−individuals as appropriate. **Missing.**

☐ Chapter 13 Agreement Between Debtor and Counsel **(Official Local Form 8)** as required by MLBR App. 1, Rule 13−2 (a)(8).

☐ Reaffirmation Agreement Cover Sheet, **(Official Form 427).**

☐ Motion for Relief from Stay − Real Estate Worksheet, **(Official Local Form 13)** pursuant to App. 1, Rule 13−16−1 of the MLBR.

☐ Disclosure of Compensation of Attorney for Debtor(s). **(Director Form 2030).**

☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay − Post Petition Transaction History.

☐ Motion to Amend Plan.

☐ Motion to Approve Stipulation.

☐ Certificate of Conference pursuant to App. 1, Rule 13−3 of the MLBR.

☐ Notice of Amendment to Schedules.

☐ Motion to Amend Schedules.

☐ Amended Summary of Schedules, **(Official Form 106Sum** for individuals or **Official Form 206** for non−individuals) is required.

☐ Adversary Proceeding Cover Sheet, **(Director Form 1040)** is required.

☐ Proposed Notice to the Objection to Claim MLBR 3007−1(b)(Chapters 7 and 11).

☐ Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR 3007−1(b) and Appendix 1, Rule 13−13(e).

☐ Missing required name, address, telephone number or BBO number. See MLBR Rule 9011−1.

☐ Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐ Original Signature is required. "/s/printed name" is not permitted. Please re−file with a scanned original signature.

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **OCTOBER 13, 2026** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

◉ United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite
1150
Boston, MA 02109−3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925

Date:10/5/26

By the Court,

Jennifer Omodiagbe
Deputy Clerk
508−770−8946